UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

AT&T CORP.,                          )
                                     )
    Plaintiff,              )    Case No. 3:05-0928
                                     )    Judge Trauger
v.                                   )
                                     )
GREATLODGE.COM, INC.,                )
                                     )
    Defendant.              )

### ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Summary Judgment filed by the plaintiff, AT&T Corporation (Docket No. 37) will be **GRANTED** as to the defendant's counterclaim demands for an accounting and **DENIED** as to the plaintiff's breach of contract claim and the defendant's willful misconduct counterclaim.

It is so ordered.

Enter this 26th day of March 2007.

                                  ALETA A. TRAUGER
                                  United States District Judge